# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH GOOGLE<br>ACCOUNT KIPKALE547@GMAIL.COM | )<br>)<br>)  Case No.   1:19MJ69<br>)<br>)<br>) |

**FILED SEP 11 2019** Clerk U.S. District Court Greensboro, NC

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with Google account kipkale547@gmail.com, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crime of 18 U.S.C. §§ 2251 (a), 2252A(a)(2)(A), and 2252A(a)(5)(B), which are more particularly described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 7, 2019____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____The Honorable Joi Elizabeth Peake____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____2/21/2019  2:10 pm____   *Judge's signature*

City and state:   Winston-Salem, North Carolina    Joi Elizabeth Peake, U.S. Magistrate Judge
                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:19MJ69 | Date and time warrant executed: 02/25/2019 4:07PM | Copy of warrant and inventory left with: Google |
| Inventory made in the presence of: Tara Thomas | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Results received 03/18/2019 via digital download.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/27/2019

*Executing officer's signature*

TARA THOMAS, SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A

## Property to be Searched

This warrant applies to information associated with the Google services account of kipkale547@gmail.com that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California.

# ATTACHMENT B

## Description of Items to be Searched and Seized

I. **Information to be disclosed by Google LLC**

To the extent that the account information described in Attachment A is within the possession, custody, or control of Google LLC, regardless of whether such information is stored, held, or maintained inside or outside of the United States, including any communications, records, files, logs, or information that has been deleted but is still available to Google LLC, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google LLC is required to disclose the following information to the government for the account listed in Attachment A from account inception to present:

(a) All records, files, and other information (including content of electronic communications and drafts) for the following Google services: Account Activity, Android, Gmail, Google Calendar, Google Keep, YouTube, Google Payments, Location History, Minutemaid, Tasks In Tingle, and Web & App Activity (the "Services");

(b) The contents of all communications associated with the Services to include Gmail email, posts, likes, and shares. This includes deleted, stored, and draft communications as well as the transactional information/logs associated with any communications;

(c) All contact and personal identifying information, including information collected at the time of sign-up, full name, user identification number, birth date, contact email addresses, passwords, security questions and answers, physical address

(including city, state, and zip code), telephone numbers, and screen names;

(d) All files (to include images, video, audio, and other documents) and their metadata distributed by, received by, stored in, or associated with the account and the Services;

(e) All address books, contacts, and buddy lists;

(f) All keyword searches conducted;

(g) All information obtained from any cookies, beacons, or pixel tags;

(h) All location information for the account and Services;

(i) All website and browsing history;

(j) All privacy settings;

(k) All information about the device(s) used to access the account and the Services;

(l) All records pertaining to communications between Google LLC and any person regarding the account including contacts with support services and records of actions taken;

(m) All transactional information associated with the information listed above, to include identifiers, log files, dates, times, durations, creation date and length of service, IP addresses, and device(s) used (including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string);

**Information to be seized by the government**

All information described above in Section I that constitutes contraband and evidence, fruits, and instrumentalities of violations 18 U.S.C. §§ 2251(a), 2252A(a)(2)(A), 2252A(a)(5)(B) in the form of the following:

(a) Records and information constituting, referencing, or revealing child pornography, as defined in 18 U.S.C. 2256(8), and child erotica;

(b) Records and information constituting, referencing, or revealing images of a minor female with a bicycle in a cul-de-sac;

(c) Records and information referencing or revealing the use or ownership of the handle rockslyde007, or any variation thereof;

(d) Records and information referencing or revealing the use or ownership of phone number phone number (336) 486-5251;

(e) Records and information referencing or revealing the use of Kik Messenger;

(f) Records and information referencing or revealing the trafficking, advertising, or possession of child pornography, to include the identity of the individuals involved;

(g) Records and information referencing or revealing a sexual interest in children or the sexual exploitation of children, to include the identity of the individuals involved;

(h) Records and information referencing or revealing communication or interaction of an illicit sexual nature with minors, to include the identity of the individuals involved;

(i) Records and information referencing or revealing participation in groups or the use of services that are known to be used to facilitate the trafficking of child pornography;

(j) Records and information referencing or revealing the use of remote computing services such as email, cloud storage, or online social media services.

(k) For all items described in this section, all metadata, transaction information, storage structure, and other data revealing how the items were created, edited, deleted, viewed, or otherwise interacted with;

(l) Records and information revealing or referencing information about the device(s) used to access the account;

(m) Records and information revealing or referencing the identity of the individual who created and used the account; and

(n) Identity of accounts linked by cookies.

As used above, "child erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions. The term "minor" means any person under the age of 18 years.

Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, Google LLC shall disclose the responsive data by sending it to the below listed contact.

Special Agent Tara S. Thomas

Federal Bureau of Investigation

1801 Stanley Rd.

Suite 400

Greensboro, NC 27407

Office: 336-207-3820

Email: tsthomas2@fbi.gov
